[No. 26161-1-III.  Division Three.  June 5, 2008.]

JAMES TARRANT, *Appellant*, v. CHRISTOPHER C. HAUGE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Douglas County, No. 02-2-00199-5, John Hotchkiss, J., entered May 15, 2007. *Affirmed* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Kulik, A.C.J., and Sweeney, J.

[No. 26236-7-III.  Division Three.  June 5, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. BOBBY RAY GARLAND, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 04-1-00305-2, Craig J. Matheson, J., entered June 3, 2005. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown and Korsmo, JJ.

[No. 59068-5-I.  Division One.  June 9, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JESUS GONZALEZ-QUEZADA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-05485-3, Douglas D. McBroom, J., entered November 3, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 59342-1-I.  Division One.  June 9, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. GAIL MEDLOCK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-06140-0, Michael J. Fox, J., entered October 2, 2006. *Affirmed* by unpublished per curiam opinion.